UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re:<br>MAGDA DJUROVIC<br><br><br>Debtor(s) | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) | BK No.:  12-18478<br><br>Chapter:  7<br>Honorable Timothy A. Barnes |

### ORDER APPROVING SETTLEMENT WITH
### BOSTON SCIENTIFIC CORPORATION AND AMERICAN MEDICAL SYSTEMS

This matter having come before the Court on the Motion of Philip V. Martino ("Trustee"), Ch. 7 Trustee for Magda Djurovic ("Debtor") for Entry of an Order Approving Settlement Between Trustee and Boston Scientific Corporation and American Medical Systems (the "Manufacturers") and to pay Special Counsel (the "Motion"); the Court having reviewed the Motion and the proposed settlement disbursements therein; the Court finding that (a) the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334 and Rule 40.3.1 of the Local Rules of Procedure of the United States District Court for the Northern District of Illinois and (b) this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); sufficient notice of the Motion having been provided to all parties entitled thereto, and no other or further notice being required, and the Court being otherwise fully advised in the premises,

IT IS HEREBY ORDERED THAT:

1. The Motion is GRANTED as set forth herein.

2. Trustee may enter into settlements with the Manufacturers for $90,000.00 and $13,493.43 (the "Gross Settlement Award"), from which the MDL Fee, attorneys' costs, fees, and expenses, and Debtor's lien holdbacks will be deducted pursuant to the BSC Settlement Disbursement and AMS Settlement Disbursement approved by the U.S. District Court for the District of West Virgina and attached to the Motion.

3. Special Counsel is authorized to retain $41,397.37 in fees and $5,341.00 in costs from the Gross Settlement Award, as defined herein and in the Motion, as full and final payment of its reasonable fees, costs, and expenses; and

4. Special Counsel is directed to remit $33,873.18 of the Gross Settlement Award to Trustee for the benefit of the estate at his office in Tampa, Florida: 101 East Kennedy Blvd., Suite 3400 Tampa, Florida 33602 within five (5) business days after Special Counsel's receipt of the settlement proceeds.

Enter:

Timothy A. Barnes

Dated: **17 DEC 2019**

United States Bankruptcy Judge

Rev: 20101118_bko

**Prepared by:**

Philip V. Martino
Hailey A. Varner
QUARLES & BRADY LLP
300 N. LaSalle Street, Suite 4000
Chicago, Illinois 60654-3406
(312) 715-5000

# EXHIBIT A

# PROJECTED SETTLEMENT DISBURSEMENT STATEMENT

June 18, 2019
**Magda Djurovic**
WCLLP File No. 430SO-2956

**Transvaginal Mesh – BSC Settlement Disbursement Statement and Acknowledgment of Co-Counsel**

Following is the settlement disbursement statement for your BSC settlement award. If you have any questions about the distribution below, please notify us BEFORE cashing the enclosed settlement check. If you cash/deposit the enclosed settlement check, you are agreeing to the distribution of these settlement funds as set forth below.

| | | |
|---|---:|---:|
| **GROSS AMOUNT CURRENTLY FUNDED** | | **$90,000.00** |
| **Less Case Expenses:** | | $2,658.08 |
| • 2.00% MDL Court Ordered Assessment to be paid by Client | $1,800.00 | |
| • Wagstaff & Cartmell Case Specific Expenses | 0.00 | |
| • TorHoerman Case Specific Expenses | 0.00 | |
| • Wagstaff & Cartmell Pro Rata Wave & General Expenses | 458.08 | |
| • Providio Expenses | 400.00 | |
| **Less Attorneys' Fees (40.00% before expenses):** | | $36,000.00 |
| • 3.00% MDL Court Ordered Assessment (taken out of Attorneys' Fees) | $2,700.00 | |
| • Wagstaff & Cartmell, LLP Fees | 3,330.00 | |
| • TorHoerman Fees | 29,970.00 | |
| **Less Client Responsible Liens:** | | $22,500.00 |
| • Lien Holdback* | $0.00 | |
| • Lien – Rawlings/HCSC | 22,500.00 | |
| • Advances** | 0.00 | |
| **BALANCE PAYABALE TO CLIENT:** | | **$28,841.92** |
| **LESS PRIOR CLIENT PAYMENTS:** | | **($0.00)** |
| **NET PAYABLE TO CLIENT:** | | **$28,841.92** |

*Please Note: The Lien Resolution Administrator in this settlement, Providio, is still investigating and finalizing government and private health insurance liens. If you have a potential lien that has not been finalized yet, a percentage of your settlement funds has been held back until the lien is finalized. Once the final lien amount is determined in your case, you will be paid the difference between the lien holdback and the final lien amount. These lien amounts do not include any unpaid medical or hospital bills. The client is solely responsible for payment of any unpaid bills. The client is also solely responsible for any lien for which the client has received notice but is not specifically listed above.

**Please Note: This includes any advances or liens of which Wagstaff & Cartmell has received notice that are not health care related. For example, this includes legal lending or "advanced funding" liens. The client is solely responsible for any advance or lien for which the client has received notice but is not specifically listed above.

# EXHIBIT B

# PROJECTED SETTLEMENT DISBURSEMENT STATEMENT

June 7, 2019
**Magda Djurovic**
WCLLP File No. 430SO-2956

**Transvaginal Mesh - AMS Settlement Disbursement Statement and Acknowledgment of Co-Counsel**

Following is the settlement disbursement statement for your AMS settlement award. If you have any questions about the distribution below, please notify us BEFORE cashing the enclosed settlement check. If you cash/deposit the enclosed settlement check, you are agreeing to the distribution of these settlement funds as set forth below.

| | | |
|---|---:|---:|
| **GROSS AMOUNT CURRENTLY FUNDED** | | **$13,493.43** |
| **Less Case Expenses**: | | $2,682.92 |
| • 2.00% MDL Court Ordered Assessment to be paid by Client | $269.87 | |
| • Wagstaff & Cartmell Case Specific Expenses | 0.00 | |
| • TorHoerman Law Case Specific Expenses | 970.25 | |
| • Wagstaff & Cartmell Pro Rata Prepaid Wave Expenses | 181.94 | |
| • Wagstaff & Cartmell Pro Rata Unpaid Wave & General Expenses | 335.86 | |
| • Providio Expenses | 925.00 | |
| **Less Attorneys' Fees (40.00% before expenses)**: | | $5,397.37 |
| • 3.00% MDL Court Ordered Assessment (taken out of Attorneys' Fees) | $404.80 | |
| • Wagstaff & Cartmell, LLP Fees | 499.26 | |
| • TorHoerman Law Fees | 4,493.31 | |
| **Less Client Responsible Liens**: | | $381.88 |
| • Lien Holdback* | $0.00 | |
| • Lien - Medicare | 381.88 | |
| • Advances** | 0.00 | |
| **BALANCE PAYABALE TO CLIENT:** | | **$5,031.26** |
| **LESS PRIOR CLIENT PAYMENTS:** | | **($0.00)** |
| **NET PAYABLE TO CLIENT:** | | **$5,031.26** |

*Please Note:   The Lien Resolution Administrator in this settlement, Providio, is still investigating and finalizing government and private health insurance liens. If you have a potential lien that has not been finalized yet, a percentage of your settlement funds has been held back until the lien is finalized. Once the final lien amount is determined in your case, you will be paid the difference between the lien holdback and the final lien amount. These lien amounts do not include any unpaid medical or hospital bills. The client is solely responsible for payment of any unpaid bills. The client is also solely responsible for any lien for which the client has received notice but is not specifically listed above.

**Please Note:   This includes any advances or liens of which Wagstaff & Cartmell has received notice that are not health care related. For example, this includes legal lending or "advanced funding" liens. The client is solely responsible for any advance or lien for which the client has received notice but is not specifically listed above.