UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re:<br>MAGDA DJUROVIC<br><br><br>Debtor(s) | )<br>)<br>)<br>)<br>)<br>)<br>) | BK No.: 12-18478<br><br>Chapter: 7<br>Honorable Timothy Barnes |

## ORDER AUTHORIZING EMPLOYMENT OF TORHOERMAN LAW LLC AND JOEL GOULD LAW LLC AS SPECIAL COUNSEL

This matter coming on to be heard on the application of Philip V. Martino, Trustee herein, for the entry of an order authorizing him to employ TorHoerman Law LLC and Joel Gould Law LLC as Trustee's Special Counsel (the "Application"); due notice having been given; the Court (a) having reviewed (i) the Application, (ii) the Fee Agreement attached to this Order as Exhibit A, and (iii) the Affidavits of Steven Davis and Joel Gould attached to the Application as Exhibits B, and C, respectively, and (b) having heard the statements of counsel in support of the relief requested in the Application at a hearing before the Court; the Court finding that (a) the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334 and Internal Operating Procedure 15(a) of the United States District Court for the Northern District of Illinois and (b) this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and the Court being otherwise fully advised in the premises,

IT IS HEREBY ORDERED THAT:

1. The Application is GRANTED as set forth herein.

2. Trustee is authorized to employ TorHoerman Law LLC and Joel Gould Law LLC as his special counsel on the terms set forth in the Fee Agreement attached to this Order as Exhibit A.

Enter:

Timothy A. Barnes
United States Bankruptcy Judge

Dated: December 17, 2019

**Prepared by:**

Philip V. Martino
Hailey A. Varner
QUARLES & BRADY LLP
300 N. LaSalle Street, Suite 4000
Chicago, Illinois 60654-3406
(312) 715-5000